EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 23 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00596 SOM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [21 U.S.C. §§ 846; 841(a)(1); |
| JAMES KIM, | ) | 841(b)(1)(A)] |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least beginning by September, 2003 and continuing to November 18, 2003, in the District of Hawaii and elsewhere, JAMES KIM, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its

salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

### MANNER AND MEANS OF ACCOMPLISHING CONSPIRACY

1. In order to facilitate his plan to distribute and possess with intent to distribute crystal methamphetamine, JAMES KIM devised a method whereby he would ship large amounts of crystal methamphetamine to Hawaii via packaging services such as Federal Express from the Los Angeles area of California.

2. KIM would ship methamphetamine to associates operating in Honolulu, Hawaii who would then further distribute multi-pound quantities of the drug to sub-dealers working in conjunction with him.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 21, United States Code, Section 846.

DATED: December 23, 2003, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney