EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00596 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO |
| | ) | CONTINUE SENTENCING; |
| vs. | ) | ORDER |
| | ) | |
| JAMES KIM, | ) | Old Date:  04/24/06 |
| | ) | New Date:  06/29/06 |
| Defendant. | ) | |

STIPULATION TO CONTINUE SENTENCING

      IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America and the Defendant, JAMES KIM, by and through his respective attorney, Michael McDonnell, Esq., hereby agree and stipulate, and request that the Court approve a continuance of the sentencing date in this case currently set for

April 24, 2006 at 1:30 p.m. to June 29, 2006 at 3:00 p.m. before the Honorable Susan Oki Mollway.

    DATED:  April 28, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By  /s/ Beverly Wee Samehima
       for KENNETH M. SORENSON
          Assistant U.S. Attorney


          /s/ Michael R. McDonnell
        MICHAEL McDONNELL, ESQ.
        Attorney for Defendant

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii; April 28, 2006.

_/s/ Susan Oki Mollway_
Susan Oki Mollway
United States District Judge



USA v. JAMES KIM
Cr. No. 03-00596 SOM
"Stipulation to Continue Sentencing; Order"