AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00596-001 | Judgment - Page 2 of 6 |
| DEFENDANT: | JAMES KIM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIXTY THREE (63) MONTHS .

[✔] The court makes the following recommendations to the Bureau of Prisons:
1) Facility that has the 500 Hour Comprehensive Drug Treatment Program; 2) 500 Hour Comprehensive Drug Treatment Program.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ on ___.
  [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2006

at 3 o'clock and 45 min. PM
SUE BEITIA, CLERK

[✔] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [✔] before 10:00 a.m. on 9/29/06 .
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered v/s on  10-3-06  to  FPC Florence

at  Florence, CO , with a certified copy of this judgment.

R. Wiley, Warden
~~UNITED STATES MARSHAL~~

By _____
~~Deputy U.S. Marshal~~